**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KERRY PIERRE #A044-588-757** | **CASE NO. 1:26-CV-01985 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Kerry Pierre's petition for habeas corpus is **GRANTED**: Respondents shall (A) release Petitioner from custody within seven (7) days, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

ALEXANDRIA, LOUISIANA, this 6th day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE